```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CIVIC CONVERSATIONS, LLC,<br><br>        Plaintiff,<br><br>    -against-<br><br>MT. HAWLEY INSURANCE COMPANY ET AL.,<br><br>        Defendants. | 24-cv-1692 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On August 6, 2024, the Court heard plaintiff's telephonic application to compel additional 30(b)(6) testimony concerning defendants' underwriting process. The Court granted plaintiff leave to propose a list of questions on that topic and defendants leave to submit any objections to those questions through subsequent letter briefing, which has now been docketed. See ECF Nos. 18, 19. The question numbers used in this order refer to the numbers that the parties used in their letter briefing.

It is hereby ordered that defendants shall provide a renewed 30(b)(6) witness who is prepared to fully answer the questions indicated hereinafter at a time agreed to by the parties, but no later than August 26, 2024. The renewed deposition can be up to four hours in length. At defendants' option, the deposition can be by telephone or remote connection, in which case defense counsel,

1

if not physically present with the witness, must provide the witness with all relevant documents in advance of the deposition.

Plaintiff proposed nineteen questions. Defendants did not object to Questions 1, 4, 7, 8, 9, 10, 11, 12, 15, and 16. Accordingly, defendants shall provide a renewed 30(b)(6) witness who is prepared to fully answer them. Defendants' objections to Questions 13, 14, and 19 are hereby overruled, so the witness must be fully prepared to answer them as well. Defendants' objections to Questions 5, 6, 17, and 18 are hereby sustained, so the witness does not need to answer them. Finally, defendants' objections to Questions 2 and 3 are partly sustained and partly overruled. Rather than answer Questions 2 and 3 as proposed by plaintiff, the witness shall answer the following questions: "What steps were taken by Mt. Hawley or its agents to approve the insuring of plaintiff's property?" (substituted for Question 2) and "What was the purpose of each of these steps?" (substituted for Question 3).

SO ORDERED.

New York, NY
8/12, 2023

JED S. RAKOFF