**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CIVIC CONVERSATIONS, LLC,

                              Plaintiff,

        -against-                                        24 **CIVIL** 1692 (JSR)

                                                        <u>**JUDGMENT**</u>

MT. HAWLEY INSURANCE COMPANY
ET ANO.,

                              Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated November 12, 2024, the Court has hereby granted

defendants' motion for summary judgment based on the policy's suit limitation provision. Having

determined that plaintiff's complaint is barred by that provision, the Court need not consider the

parties' fraud-related arguments. Judgment is entered dismissing the complaint with prejudice**.**

**Dated:**  New York, New York

        November 13, 2024


                                                        **DANIEL ORTIZ**
                                                _____
                                                **Acting Clerk of Court**

                                        **BY:**    *K. Mango*
                                                _____
                                                **Deputy Clerk**